ACCEPTED
12-15-00081-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/16/2015 5:56:46 AM
CATHY LUSK
CLERK

IN THE COURT OF APPEALS
TWELFTH SUPREME JUDICIAL DISTRICT

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/16/2015 5:56:46 AM

CATHY S. LUSK
Clerk

JOSHUA PAUL CALHOUN                    §

                                       §

VS.                                    §          NO. 12-15-00081-CR

                                       §

THE STATE OF TEXAS                     §


### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The Appellant in the above captioned case, through the undersigned

Attorney, moves the Court for an extension of time in which to file the Appellant's

brief.  As grounds therefore, the Appellant shows the Court the following:

1.      The trial court: 173rd Judicial District Court of Henderson County, Texas

2.      The number and style of the case in the trial court: Cause Number A-21,464
        - The State of Texas vs. Joshua Paul Calhoun

3.      The offense for which the Appellant was convicted:      Evading Arrest
        with a Vehicle

4.      The punishment assessed: 15 years confinement in TDCJ-ID.

5.      The present deadline for filing the Appellant's brief: June 17, 2015

6.      The length of time requested for an extension: 60 days

7.      The number of extensions previously granted: None

8.  The facts relied upon to show good cause for the requested extension is set forth in the attached affidavit.

Respectfully submitted,

/s/ Leslie Poynter Dixon_____
LESLIE POYNTER DIXON
Attorney at Law
P.O. Box 636
Edgewood, Texas 75117
Telephone: 903-896-7649
Facsimile: 903-896-2349
State Bar No. 08327050
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I do hereby certify that on June 15, 2015, a true copy of Appellant's Motion

for Extension of Time to File Brief will be served on the following parties by U.S.

Mail or by e-service, if available.

APPELLANT:     JOSHUA PAUL CALHOUN
               TDCJ-ID Number 1985495
               Goodman Unit
               349 Private Road 8430
               Jasper, Texas 75951

ATTORNEY FOR THE STATE:

               NANCY RUMAR
               Assistant District Attorney
               Henderson County, Texas
               109 W. Corsicana Street, Suite 103
               Athens, Texas 75751

               /s/ Leslie Poynter Dixon_____
               LESLIE POYNTER DIXON

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

LESLIE POYNTER DIXON, who, after being duly sworn stated:

"I am the attorney for Appellant in the above-entitled and numbered cause.

The Appellant's request for an extension of time is based upon the following

facts: "I was not the trial attorney in this case. I am a sole practitioner. I

have been unable to complete the research necessary to adequately present

the appellate issues due to the length of the reporter's record, the number of

appellate issues suggested by Appellant, my court schedule and my father's

hospitalization in CVICU due to emergency heart surgery. The attorney for

the State, Nancy Rumar has no opposition to the request for an extension."


Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the
_____15th_____ day of ___June___, _2015_ .

DONALD LEE DIXON
Notary Public, State of Texas
My Commission Expires
December 04, 2016

Notary Public in and for
The State of Texas